**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW MOUX, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-00514 |
| | ) |
| v. | ) |
| | ) |
| OBERWEIS DAIRY, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Matthew Moux ("Plaintiff") and Oberweis Dairy, Inc. ("Defendant"), hereby notify the Court that the parties have reached settlement and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated this 24th day of April, 2023.

                                                                    **s/ *Franklin Jara, Esq.***
                                                                    **Franklin Jara, Esq.**
                                                                    **Nathan C. Volheim, Esq.**
                                                                    SULAIMAN LAW GROUP LTD.
                                                                    2500 S. Highland Avenue, Suite 200
                                                                    Lombard, Illinois 60148
                                                                    Phone (630) 568-3056
                                                                    Fax (630) 575 - 8188
                                                                    nvolheim@sulaimanlaw.com
                                                                    fjara@sulaimanlaw.com
                                                                    *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2023, a true and correct copy foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

Ryan T. Benson, Esq.
Adi Kanlic, Esq.
Kevin M. O'Hagan, Esq.
O'Hagan Meyer LLC
One East Wacker Dr., Ste. 3400
Chicago, IL 60601
Phone (312) 422-6100
rbenson@ohaganmeyer.com
akanlic@ohaganmeyer.com
kohagan@ohaganmeyer.com
*Counsel for Defendant*

                                                        s/ *Franklin Jara, Esq.*
                                                        **Franklin Jara, Esq.**